# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-217

_____

STACY MARIE YORK,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

October 26, 2018

PER CURIAM.

The petition for writ of certiorari is DENIED on the merits.

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charlie Cofer, Public Defender, Elizabeth Hogan Webb, Assistant Public Defender, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, Steven E. Woods, Assistant Attorney General, Tallahassee, for Respondent.